## COURT OF APPEALS.

*Decisions September Term, 1848, at the Capitol in the city of Albany.*

SEABURY BREWSTER, plaintiff in error, vs. GARRIT H. STRIKER, JR., defendant in error. *Judgment affirmed.* DANIEL LORD and GEORGE WOOD for plaintiff in error; EDWARD SANDFORD and CHARLES O'CONOR for defendant in error.

This was a case involving the construction of the will of the late John Hopper of the city of New York, deceased. The questions were, what estate did the grand children take under the will in the real estate of the testator? and what interest therein or power over the same was vested thereby in the executors? *Reported,* 2 *Comstock,* 19.

SEABURY BREWSTER, plaintiff in error, vs. DAVID THOMAS and GARRIT H. STRIKER, JR., defendants in error. *Judgment affirmed.*

This cause was submitted to abide the event of the above. The same questions being involved.

THE PRESIDENT, &c. OF THE CAYUGA COUNTY BANK, plaintiffs in error, vs. ETHAN A. WARDEN and FRANKLIN L. GRISWOLD, defendants in error. *Judgment reversed with venire de novo; costs to abide the event.* JOHN PORTER for plaintiffs in error; WARREN T. WORDEN for defendants in error.

The question in this case was, whether the demand and notice of protest was sufficient to charge the defendants in error as endorsers of a promissory note. *Reported,* 1 *Comstock,* 413